Walter William GAGE, Plaintiff–
Appellant,

v.

CITY OF BAKER CITY, a municipal
corporation; Michael Regan, Michael
Harris and Brian Harvey, in their in-
dividual capacities, and as police offi-
cials for the City of Baker City, De-
fendants–Appellees.

No. 10–35345.

United States Court of Appeals,
Ninth Circuit.

Submitted May 4, 2011.*

Filed May 6, 2011.

Ken Charles Hadley, Jr., Ken Hadley,
PC, Baker City, OR, Brian L. Michaels,
Brian Michaels, PC, Eugene, OR, for
Plaintiff–Appellant.

Gerald L. Warren, Law Office of Gerald
Warren, Salem, OR, for Defendants–Ap-
pellees.

Before: KOZINSKI, Chief Judge, BEA
and IKUTA, Circuit Judges.

MEMORANDUM **

Unrebutted evidence shows that Gage
appeared to be intoxicated even before he
failed three field sobriety tests. He can't
demonstrate that the officer lacked proba-
ble cause to arrest him. *See United States
v. Buckner*, 179 F.3d 834, 837 (9th Cir.
1999).

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable without oral argument. See Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and except as provided by 9th Cir. R.
36–3.